No. 141. FOWLER ET AL. v. BENTON. Ct. App. Md. Motion to dispense with printing the petition granted. Certiorari denied.

No. 172. MERRITT-CHAPMAN & SCOTT CORP. v. UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Leslie A. Hynes* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for the United States.

No. 268. ATLANTIC COAST LINE RAILROAD CO. v. GEORGIA, SOUTHERN & FLORIDA RAILWAY CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William H. Manness, Prime F. Osborn, Phil C. Beverly* and *Albert B. Russ, Jr.,* for petitioner. *W. Graham Claytor, Jr., James A. Bistline* and *Henry P. Sailer* for respondent.

No. 290. SPINDEL v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Motion of petitioner to supplement the record granted. Certiorari denied. *Abraham Glasser* for petitioner. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Robert A. Greeley,* Special Assistant Attorney General, for respondent.

No. 296. WINFIELD ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Motion to dispense with printing the petition granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Solicitor General Marshall* for respondent.